IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY HAMMONDS,

      Plaintiff,                          No. CIV S-04-0909 MCE GGH P

    vs.

I. REYES, et al.,

      Defendants.                  ORDER

_____/

        Pending before the court is plaintiff's motion to compel filed January 24, 2005. Plaintiff states that defendants did not respond to the discovery requests he served on January 2, 2005. Pursuant to the December 22, 2004, discovery order, responses to a discovery request are due forty-five days after the request is served. Plaintiff's motion to compel is premature because the time for defendants to respond to the requests had not passed when plaintiff filed the motion.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's January 24, 2005, motion to compel is denied.

DATED: 5/3/05

                                                /s/ Gregory G. Hollows

ham909.com                                  GREGORY G. HOLLOWS
                                                UNITED STATES MAGISTRATE JUDGE

1