IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY HAMMONDS,

        Plaintiff,                  No. CIV S-04-0909 MCE GGH P

   vs.

I. REYES, et al.,

        Defendant.          <u>ORDER</u>

_____/

        On January 25, 2006, plaintiff filed a request for clarification of the pretrial order filed January 10, 2006. Plaintiff states that the pretrial order instructs the parties to exchange exhibits at the trial confirmation hearing, but does not schedule this hearing.

        No trial confirmation hearing is scheduled in this action. The jury trial is set for March 22, 2006.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The statement in the pretrial order directing the parties to exchange exhibits at the trial confirmation hearing is stricken;

/////

/////

/////

1

2. On or before March 10, 2006, the parties shall have served each other with their respective trial exhibits

DATED: 3/1/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
ham909.cla